Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Atlanta Division

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 08 2023

KEVIN P. WEIMER, Clerk
By: C Pollard Deputy Clerk

Case No. **1:23-CV-5163**
*(to be filled in by the Clerk's Office)*

Sheri C. Johnson

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

1. StreamCut Media, LLC.
2. Sony Music Entertainment
3. RCA Records

*(handwritten annotations: Sony Music ENT (Entertainment), RCA Records)*

Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sheri C. Johnson |
| Street Address | 4395 Fulton Industrial Blvd. Suite- D, PMD1629 |
| City and County | Atlanta, Fulton |
| State and Zip Code | GA, 30336 |
| Telephone Number | (404) 939-3636 |
| E-mail Address | artisthotpink@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

- Name: StreamCut Media, LLC.
- Job or Title (if known): Record Label
- Street Address: 1924 Piedmont Cir NE
- City and County: Atlanta, Fulton
- State and Zip Code: GA 30324
- Telephone Number: (678)744-3288
- E-mail Address (if known): jack@streamcut.com , phil@streamcut.com

Defendant No. 2

- Name: Sony Music Entertainment
- Job or Title (if known): Record Label
- Street Address: 25 Madison Ave. 22nd Floor
- City and County:
- State and Zip Code: NY 10010
- Telephone Number: (212) 833-8000
- E-mail Address (if known):

Defendant No. 3

- Name: RCA Records
- Job or Title (if known): Record Label
- Street Address: 1504 Broadway 36th Floor
- City and County: New York
- State and Zip Code: NY 10036
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question            ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

847. CRIMINAL COPYRIGHT INFRINGEMENT – 17 U.S.C. 506(A) –Title 18 U.S.C. 2319–TITLE 51. (51-5-1)

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation
The defendant, *(name)* Sony Music Entertainment / RCA Records, is incorporated under the laws of the State of *(name)* New York, and has its principal place of business in the State of *(name)* New York.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* New York.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy $15,300,000.(Fifteen Million Three Hundred Thousand)

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$300,000 for 2 titles of seperate songs where the defendant used my lyrics. ($150,000 per song). in accordance with Title 17 of the U.S. code
(1.) PUT IT ON THE FLOOR, (2.) PUT IT ON THE FLOOR AGAIN FT CARDI B.)
$15,000,000 punitive damages. ( or maximum allowed by the court) for humiliation, mental and emtional distress, defamation, statuary damages, royalties,

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Worldwide Music Performances and Distribution

B. What date and approximate time did the events giving rise to your claim(s) occur?

October 27, 2023 is when I first became aware.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

In 2023, The music artist known as Latto, signed by StreamCut Media LLC, Sony Music Entertainment, And RCA Records, willfully stole lyrics without my consent and used them to insult and humiliate me in front of the world. The lyrics she stole from my song titled "Give A Damn" were "I'm ShawtyLo, I dun dun it all " and " Laughing Straight To The Bank "Which she uses as the MAIN hook and theme in 2 separate songs. Songs titled "Put It On The Floor" and "Put It On The Floor Again ft Cardi B" .The popular songs that she's performing and selling worldwide are known by those famous words. That in which I wrote, recorded and own the copyright to since March 25,2010. Part 2. Of the lawsuit is for defamation of charachter, and mental and emotional distress. It pertains to the verbal assault and humiliation in the song is where she insuates "I slept with 100 men and I have body odor". And mocks my lyrics and uses MY signature sound effects in the background of the slander.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Although I have been a recording artist for 15 years, known by all the industry professionals, I'm still considered an up and coming music artist. The public humiliation she has inflicted cannot be reversed. Its out there . With her being signed before me, although I was known before her, causes a conflict of interest when people feel theres an anamocity between her and I. This sitiation that she has created has not only humilated me, but also brought conflict between our close mutual friends who are in the position to advance my career. She has now created a conflict of intrest for me in the music industry. With both music labels and music artists. Including the major record label Sony

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like to be awarded a TOTAL of $15,000,000 in relief for the humiliation and mental and emotional distress ($10,000,000)
$10,000,000 in punitive damags to detour others from taking advantage of lesser known artists and creatives. My music is a reflection of my published autobiography and true events that I've lived , suffered through and overcame since age 13 all on my own. It's what made me who I am and this creative. Its not fair to have my art or livihood stolen and portrayed by others , without my consent and with no prior intention to compensate or even acknowledge the crime. Its an insult to injury when my daughter is rapping the famous lyrics that i wrote, but its not my song. Its the song of someone who stole those lyrics from me.

$2,500,000 for humiliation. In the song she is directly and clearly insulting someone
The person shes speaking to she claims "has body odor "and she uses my adlib in the background while slandering me. We share close mutual friends and due to her using my lyrics it can easily be connected to my image because her entire song is a verbal attack on an individual and she used my lyrics and sound effects to do so.

Another $2,500,000 for mental and emtional distress. This caused a regress in the progress I've made in my mental health journey. And caused significant anxiety and mental and emotional stress.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/02/2023

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Sheri C. Johnson

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**SRu 950-505**

**Effective date of registration:**
March 25, 2010

---

### Title
**Title of Work:** Give a damn

### Completion/Publication
**Year of Completion:** 2010

### Author
- **Author:** Sheri chante Johnson
- **Author Created:** sound recording, performance, production, lyrics
- **Citizen of:** United States      **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Sheri chante Johnson
2500 Pleasant Hill Rd C-17, College Park, GA, 30349

### Limitation of copyright claim
**Material excluded from this claim:** music
**New material included in claim:** sound recording, production, lyrics

### Rights and Permissions
- **Name:** Sheri chante Johnson
- **Email:** johnson_sheri@bellsouth.net      **Telephone:** 770-206-8436
- **Address:** 2500 Pleasant Hill Rd C-17
  College Park, GA 30349

### Certification
- **Name:** Sheri Johnson
- **Date:** March 25, 2010