## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **SHERI C. JOHNSON,**<br><br>      Plaintiff,<br><br>v.<br><br>**ALYSSA MICHELLE STEPHEN d/b/a MULATTO aka LATTO, STREAMCUT MEDIA, LLC, SONY MUSIC PUBLISHING (US) LLC, BELCALIS MARTENIS ALMANZAR-CEPHUS d/b/a CARDI-B, BLACK ENTERTAINMENT TELEVISION LLC, AMAZON.COM, INC., MEDIACO HOLDING INC., JASON CARTER d/b/a ONE MUSIC FEST,**<br><br>      Defendants. | **Civil Action No. 1:23-cv-05163-WMR** |

### AMAZON.COM, INC.'S OPPOSITION TO PLAINTIFF'S
### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Defendant Amazon.com, Inc. ("Amazon"), by and through its counsel of record, hereby opposes Plaintiff Sheri C. Johnson's ("Plaintiff") motion styled as "Motion to Withdraw Amended Complaint [Doc 95] and Replace with Final Amended Complaint [Doc 104]" (Dkt. 138 ("Motion")) for the same reasons stated in Amazon's Memorandum In Support Of Its Motion To Strike Plaintiff's Unauthorized Amended Complaint. (Dkt. 111-1 ("Motion to Strike").)

Plaintiff's instant Motion, which purports to have been filed on January 20, 2026, but was not entered on the docket until February 3, 2026, asks the Court to permit her unauthorized amended complaint filed at docket number 104, and represents that Plaintiff sought leave to file that amended complaint. In fact, Plaintiff did not seek leave to file the amended complaint at docket number 104. The motion for leave (Dkt. 94) cited in Plaintiff's instant Motion preceded Plaintiff's filing of the final amended complaint (Dkt. 95) which is the subject of the currently pending motions to dismiss (Dkts. 96–97). Plaintiff's belated attempt to retroactively apply that motion for leave to amend to a later amended complaint by handwriting in that her proffered amended complaint supersedes and replaces "Docket Entry 95" (Dkt. 138 at 5) does not change the fact that Plaintiff failed to seek leave before filing the further unauthorized amended complaint at docket number 104. Amazon has already moved to strike that complaint, and the Court should deny Plaintiff's instant Motion for the same reasons stated in Amazon's Motion to Strike. (Dkt. 111-1.)

February 4, 2026

Respectfully submitted,

/s/ *Caroline L. Desmond*
Jeffrey L. Mapen
GA Bar No. 469936
jeff.mapen@nelsonmullins.com
NELSON MULLINS
Atlantic Station
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
Tel: (404) 322-6157

Caroline L. Desmond (*Pro Hac Vice*)
caroline.desmond@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, Oregon 97204
Tel: (503) 595-5300

*Counsel for Defendant Amazon.com, Inc.*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to LR7.1(D), NDGa., I hereby certify that the foregoing has been prepared in Times New Roman 14 point, as approved by the Court pursuant to LR5.1(C), NDGa.

/s/ *Caroline L. Desmond*
Caroline L. Desmond

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on February 4, 2026 a true and correct copy of the above and foregoing document was electronically filed with the Court. Pursuant to LR5.1, NDGa., the undersigned further certifies that a true and correct copy of the foregoing was served on *pro se* plaintiff via US Mail and electronic mail at the addresses below:

Sheri C. Johnson
4827 Old National Hwy #10037
College Park, GA 30337
Email: legal.johnsonyoung@gmail.com

*Pro Se Plaintiff*

/s/ *Caroline L. Desmond*
Caroline L. Desmond